UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE 4:22-CR-00034-O-6 |
| | § | |
| LAURA ORTIZ | § | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes LAURA ORTIZ, by and through counsel of record, and makes this Motion to Continue Sentencing. In support hereof the Defendant would show the Court the following:

1. Defendant entered a plea on February 15, 2022 and sentencing in this matter is scheduled for June 17, 2022.

2. The Presentence Report in this matter was filed under seal on April 26, 2022. Counsel has discussed the Presentence Report with the Defendant; however, additional time is needed to gather further relevant sentencing information on behalf of the Defendant.

3. Counsel is requesting an extension of time to file objections to the presentence report.

4. The undersigned counsel has contacted counsel for the Government, P.J. Meitl and he is not opposed to this continuance. The defendant is aware of this Motion and has no objection to a continuance.

5. This Motion is not made for delay but in the interest of justice.

**WHEREFORE**, for the reasons set forth above, the defendant respectfully requests this Honorable Court continue the sentencing date in this matter.

Respectfully submitted,

_____
JAY S. NORTON
LaHood Norton Law Group
40 NE Loop 410, Suite 525
San Antonio, Texas 78216
jay@lahoodnorton.com
210-797-7700
210-530-1525
TBN: 15105800

Certificate of Service

This is to certify that on June 15, 2022, a true and correct copy of the foregoing pleading was electronically filed via the CM/ECF System with service sent by email to AUSA PJ Meitl.

_____
JAY S. NORTON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **VS.** | § § | CASE 4:22-CR-00034-O-6 |
| **LAURA ORTIZ** | § | |

## ORDER

After due consideration, the Motion to Sentencing is in all things granted.

The sentencing in this matter shall be moved to a date in the future.

_____     _____
DATE                            JUDGE PRESIDING